UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
--------------------------------------
MARK ROGOWSKI and NANCY ROGOWSKI,   : Case No.: 08 Civ. 0517 (KMK)

        Plaintiffs,

  -against-   :  *NOTICE OF APPEARANCE*

JEFFREY FEAGLES, MICHAEL SWEETON,
THOMAS SHUBACK, TSKS, LLC and
THE TOWN OF WARWICK,

        Defendants.
--------------------------------------

S I R S:

    PLEASE TAKE NOTICE, that the Defendants Thomas Shuback and TSKS, LLC, hereby appear in the above-entitled action, and that the undersigned have been retained as Attorneys for said Defendants and demand that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  March 11, 2008
       Goshen, New York

                            Yours, etc.,

                            NORTON & CHRISTENSEN

                       By: /s/ Harold M. Pressberg
                          Attorneys for Defendants
                          Thomas Shuback and TSKS, LLC
                          Office and Post Office Address
                          60 Erie Street, P.O. Box 308
                          Goshen, New York 10924
                          (845) 294-7949
                          Email: hmpnc@frontiernet.net