UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

Mark and Nancy Rogowski,

                Plaintiff(s),                      08 Civ. 00517 (KMK) (MDF)

-against-                                    ORDER OF REFERENCE
                                                    TO A MAGISTRATE JUDGE

Jeffrey Feagles, et al.,

                Defendant(s).

-------------------------------------------------------X

The above entitled action is referred to the Honorable Mark D. Fox, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_✓\_ Settlement*

\_\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

\_\_\_\_\_ Habeas Corpus

\_\_\_\_\_ Social Security

\_\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

_____

All such motions:_____

---

* Do not check if already assigned for general pretrial.

Dated: May 21, 2008

SO ORDERED

_____
Hon. Kenneth M. Karas
United States District Judge

```
USDS SDNY
DOCUMENT
ELECTRO         ED
DOC #: ___  -
DATE FILED: _____
```